IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
~~Mar CEC-~~ DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rev. Jarmal Jabbar Sanders
_____
Plaintiff(s),

v.

President Donald Trump
Kay Ivey
Lynnethia Bennett
_____
Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:22-CV-691-MHT-JTA

JURY DEMAND (MARK ONE)

☑YES    ☐NO

## COMPLAINT

1.  Plaintiff(s)' address and telephone number: Rev. Jarmal Jabbar Sanders, M.D. 1 Union Street Selma, AL 36701

2.  Name and address of defendant(s): Donald Trump address unknown Alabama Gov. Kay Ivey address unknown Dallas County Clerk, Lynnethia Bennett address unknown

3.  Place of alleged violation of civil rights: Alabama State House Montgomery, AL 36104

4.  Date of alleged violation of civil rights: 2021 - 2022

5.  State the facts on which you base your allegation that your constitutional rights have been violated: There had been many meeting at above location with the goal to keep me off the ballot

1

This lawsuit is being filed in reference to the Alabama State House District 67 election in which I am a candidate to address the ongoing election related malfeasance from a fiscal stand point of view that has been occurring for the last 26 years which has produced negligence in reference to my inability to receive the maximum amount of votes connected all elections in general but as it relates to my run for the Alabama State House of Representatives in particular in the 2022 race for Alabama State House of Representatives.

I received many reports from many different sources before I threw my hat in the ring to run for Alabama State House of Representatives District 67. I was a candidate for President of the United States of America before I ran for Alabama State House of Representatives District 67 and one of the reports that I received was a National Intelligence Estimates report. This report is a report intended for high ranking U.S. military, sitting and former members of the United States of America Congress, candidates for the United States of America Congress, candidates for President of the United States of America, and for former Presidents of the United States of America and for the current President of the United States of America. These reports are designed to provide information on the likely course of future events in reference to national security matters and to highlight the dangers to the citizens of the United States of America in general and the implications of policymakers decision making in particular from a national security point of view in a military context to assess the danger to the citizens of the United States of America in general and to policy makers that make U.S. policy in the United States of America in particular. One of the assessments that is done is a "domestic assessment". This assessment evaluates the security situation of candidates for federal public office, a security assessment for federal elected officials and a security assessment for the President of the United States of America. Each "domestic assessment" that is done is link to previous "domestic assessments" that have been done in connection to former federal candidates, current candidates, projected candidates, and current and former people who have been elected to public office.

There are many things that are in the report that I found extremely disturbing as it relates to my security assessment that are in the projections contained within the National Intelligence Estimates reports. One of the things that I identified in the report that I found that was the most disturbing are efforts made to stop me from running for public office by persons who the report identified as elected officials, crackheads and people who were paid off to take my life with drug money, stolen political action committee money (stolen for p.a.c. banks accounts). The report also stated that bank personal in every bank that carry politically oriented accounts would allow for crackheads to came into the bank and deposit stolen pac money in their accounts and disallow a point of origin for the money that was deposited and benefit from sales of land that they don't own but claim they own and they use a process to mask the real property owner and use a computer system and computer program that charge fees to the bank accounts of the people who have bank accounts at each bank and allowed the money from this fraud to go to each crackhead and each banker who enjoys the larger fraud which is that each bank is not authorized because there has been no shareholder approval and the land that the banks sit on belongs to a political committee of someone who ran for President of the United States Of America and the committee did not authorize anyone much less a crackhead to sell any land or anything else.

The report identifies former Selma Mayor George Evans as one of the people who started the fraud and the report states that the former Selma Mayor George Evans is a rapist and pedifile who fucks little babies.

The report states that former Selma Mayor George Evans fucks current Mayor James Perkins Jr. Current Selma Mayor James Perkins Jr. and shared with former Selma Mayor George Evans how he was elected to the office of Mayor of the City of Selma. The report states that the Current Selma Mayor discovered lawsuits filed in federal court that were brought against the television and radio executives for their successful efforts to "brainwash" the general public by computer to make them to buy products and services via advertisements on their radio and television networks forcefully by electronic means by using computer programs to send out messages on carrier waves to the general public to make them buy. The report states that these two pedifiles modified the technology to make people like them and forget about the fact that these two are pedifiles and made the program from computer 🖥 hurt other people who still remember that they hurt people.

The report identified a crackhead named Calvin Jones who lives in (Selma, Alabama on Alabama Ave.) as one other child molester that beat and raped this momma to death. The report identifies former Selma Mayor George got these "crackheads" out of the "crackhouses" in East Selma and on Voglin Ave. in Selma Alabama and from somewhere in the unincorporated area in Dallas County, Alabama called Selmont.

The report states that these crackheads were able rape, kill, and steal anything that they wanted to just because they some City Of Selma Mayor with a computer.

The report states that the office of Mayor of the City of Selma Alabama would change hands after term two terms of non-sense and will be headed by Dario Melton who is another child molester and psychologically unbalanced and deranged thief who steal city funds and lay off city of Selma workers to steal more city of Selma money and buy dresses for himself and his crackhead boyfriend Calvin Lee Jones.

The report implicates former Selma Mayor Darrio Melton in several murders in which he hired his crackhead boyfriend Calvin Lee Jones to carry out and cover up the fact that the City of Selma landfill is full dead bodies of children that he raped killed and buried in the City of Selma land fill.

The report states that Alabama Governor Kay Ivey discovered that the former President Of the United States of America holds clear title to all land that is in the name of the State of Alabama and that there was no contract between him and the State of Alabama.

The report states that Alabama Governor Kay Ivey ordered a review to the claim by some State of Alabama studies that the former President of the United State does in fact own the land.

The report states that the state of Alabama Governor Kay Ivey fail to act after this discovery

The report states that Alabama Governor Kay Ivey also received reports via the State of Alabama studies that projected how many people will die as a consequence of her failure to expand the State of Alabama Medicaid Program. Gov. Kay Ivey was and is aware of the fact that the President did not authorize any actions that the State of Alabama took in reference to appropriation bills passed by the State of Alabama legislature passed without having any fiscal jurisdiction or legal authorization to be present at these locations. Many protests took place in reference to the State of Alabama failure to expand the Medicaid Program. The President was present at many of these protests.

Some of these protests for the expansion of the Alabama Medicaid Program took on an ugly turn. During some of these protests several demonstrators were arrested assaulted, and striped searched by the Montgomery, Alabama police department at the demand of Gov. Kay Ivey and City of Montgomery Mayor Steven Reed who also sucks male crackhead dicks and is stealing City of Montgomery Funds and disallowing an investigation into and profiting from unlicensed businesses in the City of Montgomery by taking kickbacks from profits of drugs sold in these "businesses" and allowing murder- for-hire situtations to go on for his own personal profit in the City of Montgomery.

The report states that City of Montgomery Mayor Steven Reed received the end balance to all of the City of Montgomery bank accounts and discovered a massive amount of money collected by the City of Montgomery between 1994-1997 and the fraud that took place with respect to the City of Montgomery fiscal situation Judge of Probate for the County of Montgomery, Alabama and as the Mayor of the City of Montgomery and collaborated with Alabama Gov. Kay Ivey to keep this fraud a secret by under minding and getting rid of people who came into knowing about this fiscal situation.

The National Intelligence Estimates states that Former United States of America President Donald John Trump also is involved with disallowing me to run for public office to hide his part in the theft of stolen City of Montgomery funds and was present in the City of Montgomery, Alabama to meet with Alabama Gov. Kay Ivey and City of Montgomery Mayor Steven Reed to insure the cover-up of the theft of City of Montgomery, Alabama funds and State of Alabama funds between 2021 – 2022.

Dallas County, Alabama Clerk Lynnethia Bennett also has a role in the theft of Dallas County, State of Alabama, and City of Montgomery funds. Her is to keep the theft secret and Keep Alabama Governor Kay Ivey happy by eating her pussy.

I think that these are sufficient grounds to on which I can establish a bases that someone is under minding my ability to run for public office and not accommodating me under 1983 federal code

6. Relief requested: Grant Motion to dectify Alabama State House of Representatives District 67 race

Grant Motion to order another election for Alabama State House of Representatives District 67

Date: 11·28·2022          Rev. Jarmal Jabbar Sanders, M.D.
Rev. _____ m.D.
                Plaintiff(s) Signature

1 Union Street
Selma, Al 36701

334 3495746

2