IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REV. JARMAL JABBAR            )
SANDERS, M.D.,                )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:22cv691-MHT
                              )           (WO)
PRESIDENT DONALD TRUMP,       )
et al.,                       )
                              )
     Defendants.              )
```

OPINION

Plaintiff, a pro se litigant, filed this lawsuit alleging bizarre plots and seeking to certify an election and grant a new election. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that pages two through five of plaintiff's complaint be stricken as impertinent, immaterial, and scandalous, and that the complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) prior to service of process and without an opportunity to amend. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 21st day of February, 2023.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE