IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REV. JARMAL JABBAR        )
SANDERS, M.D.,            )
                          )
    Plaintiff,            )
                          )     CIVIL ACTION NO.
    v.                    )      2:22cv691-MHT
                          )          (WO)
PRESIDENT DONALD TRUMP,   )
et al.,                   )
                          )
    Defendants.           )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) Pages two through five of the complaint (Doc. 1) are stricken as impertinent, immaterial, and scandalous.

(3) Plaintiff's complaint is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) prior to service of process and

without an opportunity to amend.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of February, 2023.

                                                  /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE